# Exhibit 2

U.S. Patent No. D1,077,589



US0D1077589S

(12) **United States Design Patent**
Zhang

(10) Patent No.: **US D1,077,589 S**
(45) Date of Patent: ✱✱ **Jun. 3, 2025**

(54) **NOODLE RACK**

(71) Applicant: **Chen Zhang**, Heze (CN)

(72) Inventor: **Chen Zhang**, Heze (CN)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/894,166**

(22) Filed: **Jun. 7, 2023**

(51) LOC (15) Cl. ............................................... **09-07**

(52) U.S. Cl.
USPC .......................................................... **D7/630**

(58) **Field of Classification Search**
USPC .... D7/300, 368, 387, 391, 392, 392.1, 41.2, D7/500, 509, 510, 511, 601, 412, 452, D7/600.1, 602, 61, 630, 644, 645, 649, D7/669, 693; D9/434–436, 440, 455, D9/716, 737–739; D8/14, 499; D15/7, D15/199; D22/118, 117
CPC ......... A01B 1/20; A47J 41/0005; A47J 9/002; A47J 9/003; A47J 17/00; A47J 19/00; A47J 43/00; A47J 43/25; A47J 43/28; A47J 45/00; A47J 47/16; A47G 19/2205; A47G 19/2222; A47G 19/2288; A47G 21/02; A47G 21/023; A47G 21/06; B65D 2543/00046; B65B 3/04; B25G 1/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D201,480 | S | * | 6/1965 | Faber | D6/682.6 |
| D267,768 | S | * | 2/1983 | Duggan | 211/171 |
| 5,355,592 | A | * | 10/1994 | Pardini | F26B 25/18 |
| | | | | | 211/171 |
| D573,423 | S | * | 7/2008 | Simons | D8/42 |
| D589,304 | S | * | 3/2009 | Goodman | D7/601 |
| D912,464 | S | * | 3/2021 | Kuo | D7/378 |
| D1,032,297 | S | * | 6/2024 | Washington | A47F 5/0018 |
| | | | | | D7/601 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 308208028 | * | 9/2023 |
| CN | 308264001 | * | 10/2023 |
| CN | 308326499 | * | 11/2023 |
| CN | 308874481 | * | 10/2024 |

OTHER PUBLICATIONS

Tinada Pasta Drying Rack, posted May 4, 2023 [online], [retrieved Jan. 21, 2025]. Retrieved from internet, https://www.amazon.co.uk/Drying-Collapsible-Noodle-Spaghetti-Hanger/dp/B0BYT671JH?th=1 (Year: 2023).*
Removable Wooden Noodle Drying Rack, posted Apr. 1, 2024 [online], [retrieved Jan. 21, 2025]. Retrieved from internet, https://tinyurl.com/sv6ua49k (Year: 2024).*
Amazon.com Large Wood Pasta Drying Rack, posted Nov. 2, 2024 [online], [retrieved Jan. 21, 2025]. Retrieved from internet, https://www.amazon.com/dp/B0DLSG1153/ref=sspa_dk_hqp_detail_aax_0?psc=1&sp_csd=d2lkZ2V0TmFtZT1zcF9ocXBfc2hhcmVk (Year: 2024).*

* cited by examiner

*Primary Examiner* — Amber R Stiles
*Assistant Examiner* — Kellianne M Shaver
(74) *Attorney, Agent, or Firm* — Ricky Lam

(57) **CLAIM**

The ornamental design for a noodle rack, as shown.

**DESCRIPTION**

FIG. **1** is a top perspective view of a noodle rack, showing my new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

Case: 1:25-cv-10112 Document #: 1-2 Filed: 08/25/25 Page 10 of 10 PageID #:24



FIG. 8